**Dismiss and Opinion Filed July 11, 2013**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-12-01287-CV**

**ADRIAN BOOKER, ET AL., Appellants**
**V.**
**SANNA LUI CHUI, ET AL., Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-14809**

**MEMORANDUM OPINION**
Before Chief Justice Wright and Justices FitzGerald and Lewis
Opinion by Justice FitzGerald

The clerk's record in this case is overdue. By letter dated June 21, 2013 we informed appellants that the District Clerk had notified the Court that the clerk's record had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellants to file written verification that they had paid for or made arrangements to pay for the clerk's record or that they had been found entitled to proceed without payment of costs. We cautioned appellants that if they did not file the required documentation within ten days, we might dismiss the appeal without further notice. To date, appellants have not provided the required documentation or otherwise corresponded with the Court regarding the status of the clerk's record.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b).

121287F.P05

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ADRIAN BOOKER, ET AL, Appellants

No. 05-12-01287-CV          V.

SANNA LUI CHUI, ET AL, Appellees

On Appeal from the 101st Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-11-14809.
Opinion delivered by Justice FitzGerald.
Chief Justice Wright and  Justice Lewis participating.

        In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.
        It is **ORDERED** that appellees SANNA LUI CHUI, SHERMAN SHIN-SHIN CHUI, JESSICA SUNG-EN CHIU, LAU HUNG FAN, AND RICHTOWN INVESTMENTS, INC. recover their costs of this appeal from appellants ADRIAN BOOKER AND NICOLE  D. SMITH.


Judgment entered July 11, 2013

/Kerry P. Fitzgerald/
KERRY P. FITZGERALD
JUSTICE